Peter H. Cummings, Jr., appellee, v. Josephine Foerster, appellant. Gen. No. 28,857.

Action to recover for services as real estate broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed. Opinion filed May 27, 1924.

Tatge & Tatge, for appellant. P. H. Bishop, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Home Bank and Trust Company, appellant, v. D. Stern and B. Rosenstein, appellees. Gen. No. 28,866.

Action upon account. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Cheney & Peterson, for appellant. George H. Foster, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

The C. T. C. Safe Deposit Company, appellee, v. Albert Sabath, appellant. Gen. No. 28,892.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Thomas M. Zasadil, Jr., for appellant. Mills & Howe, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Jennie Ciccarello, administratrix of the estate of James Ciccarello, deceased, appellee, v. Luloff Wilson, appellant. Gen. No. 28,918.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

John A. Bloomingston, for appellant. A. H. Ranes and David R. Levy, for appellee; Corinne L. Rice, of counsel.

Mr. Justice Fitch delivered the opinion of the court.